KIRSCH, Judge,
concurring in part and dissenting in part.
[31] I fully concur with my colleagues’ holding that the trial court erred by ordering Husband to make an off-setting payment to Wife for his future receipt of the Tier I benefits. I reach a different conclusion regarding the division of the remainder of the marital estate, and for such reason, I respectfully dissent.
[32] The majority opinion states that “any consideration of [Husband’s] future receipt of Tier I benefits as part of its analysis of the parties’ financial circumstances runs afoul of § 231m as discussed in Hisquierdo.” To me, it does not, and it is entirely appropriate for the trial court to consider Husband’s exclusive right to the Tier I benefits as it impacts his overall economic circumstances in dividing the remainder of the marital estate.